Case 6:25-cr-00073   Document 44   Filed on 09/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 6:25-CR-00073-003 |
| § | |
| BRADY GARRETT DYNES § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)     The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard.  The defendant was on felony probation at the time of the commission of the instant offense.  Because the defendant has been indicted and the evidence meets the probable cause standard, it appears the defendant was unable or unwilling to comply with conditions of release.  The Court has no reason to believe the defendant would abide by conditions of

release now. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on September 8, 2025.

_____
Jason B. Libby
United States Magistrate Judge